**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16130-Q**

## ORDER

The Court **GRANTS** court reporter Marissa Garza's September 17, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Garza to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE